UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

J.S.R. and V.F.B.,
   *by and through their next friend, Joshua Perry*,

   *Plaintiffs*,

v.

JEFFERSON B. SESSIONS, III, et al.,

   *Defendants*.

No. 3:18-cv-01106-VAB

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: OFFICE OF REFUGEE RESETTLEMENT, CARE OF MICHELLE LYNN MCCONAGHY, OFFICE OF THE UNITED STATES ATTORNEY.**

   WHEREAS **J.S.R.** is confined at Noank Community Support Services, Inc., 306 Thames Street, Groton, Connecticut, 06340, in the custody of the Office of Refugee Resettlement, and a hearing on a motion for a preliminary injunction is scheduled to take place on July 11, 2018 at 12:00 p.m., and J.S.R. needs to appear at the courthouse for a videoconference on July 11, 2018, beginning at 9:30 a.m.;

   WHEREAS it is necessary for **J.S.R.** to be before the Court for these proceedings;

   You are hereby commanded to deliver **J.S.R.** to appear at the scheduled proceeding before the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, in Courtroom Two, on Wednesday, July 11, 2018 at 9:00 a.m.

   SO ORDERED at Bridgeport, Connecticut, this 10th day of July, 2018.

                                              /s/ Victor A. Bolden
                                              Victor A. Bolden
                                              United States District Judge