UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| J.S.R., *by and through his next friends J.S.G. and Joshua Perry*, and V.F.B., *by and through her next friends A.B.A. and Joshua Perry*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, *et al.*,<br><br>*Defendants*. | No. 3:18-cv-01106-VAB |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: OFFICE OF REFUGEE RESETTLEMENT, CARE OF ASSISTANT UNITED STATES ATTORNEY MICHELLE LYNN MCCONAGHY, THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF CONNECTICUT.**

WHEREAS **J.S.G.** is confined at Port Isabel Detention Center, 27991 Buena Vista Boulevard, Los Fresnos, Texas, 78566, in the custody of Immigration and Customs Enforcement, and a status conference is scheduled to take place on July 18, 2018 at 11:00 a.m.;

WHEREAS it is necessary for **J.S.G.** to be before the Court for these proceedings;

You are hereby commanded to deliver **J.S.G.** to appear at the scheduled proceeding before the **United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, in Courtroom Two, on Wednesday, July 18, 2018 at 9:00 a.m.**

SO ORDERED at Bridgeport, Connecticut, this 13th day of July, 2018.

                                                      /s/ Victor A. Bolden
                                                      VICTOR A. BOLDEN
                                                      UNITED STATES DISTRICT JUDGE