UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| J.S.R., by and through his next Friend Joshua Perry<br>Plaintiff | : : : : | |
| v. | : : | C.A. No. 3:18cv1106 (VAB) |
| JEFFERSON B. SESSIONS, III, Attorney General of the United States, et al | : : | |

_____

| | | |
|---|---|---|
| V.F.B., by and through her next Friend Joshua Perry<br>Plaintiff | : : : : | |
| v. | : : | C.A. No. 3:18cv1110 (VAB) |
| JEFFERSON B. SESSIONS, III, Attorney General of the United States, et al | : : | |

## **NOTICE OF COMPLIANCE**

On July 11, 2018, the Court conducted a hearing on Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction seeking reunification with their parents by July 13, 2018. During the hearing, the Defendants advised the Court that the Plaintiffs' parents are class members in a court case in California, *Ms. L., et al v. ICE*, et al, Case No. 18-cv-0428 (S.D. Cal.), and are beneficiaries of the preliminary injunction order issued in that case which requires reunification of those Plaintiffs with their children by July 26, 2018. On July 13, 2018, the Court issued a ruling declining to interfere with the Order issued by the *Ms. L* Court and allowing the Defendants up to July 26, 2018, to reunite the Plaintiffs with their parents.

During the hearing on July 11, 2018, the United States Attorney's Office advised the Court that it had submitted a formal request that Plaintiffs' reunification with their parents be expedited.

The Defendants also advised the Court that they would give the Court and Plaintiffs' counsel notice if they learned that the reunification was to occur prior to July 26, 2018. The Defendants hereby notify the Court that the request of the United States Attorney's Office has been acted upon, and Plaintiffs will be reunited with their parents today, July 16, 2018.

Additionally, although Plaintiffs' parents are subject to mandatory detention and are subject to administratively final orders of removal, the United States Department of Homeland Security, Immigrations and Customs Enforcement, ("ICE"), has considered Plaintiffs request to parole their parents from custody. At this stage, Plaintiffs' parents can only be released from detention through a solely discretionary grant of parole under narrowly prescribed circumstances, such as a present "urgent humanitarian reason or significant public benefit." 8 U.S.C. § 1182(b)(5); 8 C.F.R. § 212.5(b). Having considered all the factors presented in this case, ICE will be granting Plaintiffs' parents' request for parole from custody under the terms and conditions set forth by ICE at the time of parole. Plaintiffs' parents parole from custody will also take place on July 16, 2018.

Respectfully submitted,

John H. Durham
United States Attorney

    /s/
Michelle L. McConaghy, ct27157
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on July 16, 2018, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Michelle L. McConaghy
Assistant U.S. Attorney