UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| J.S.R., *by and through his next friends J.S.G. and Joshua Perry,* and V.F.B., *by and through her next friends A.B.A. and Joshua Perry,*<br><br>    *Plaintiffs,*<br><br>    v.<br><br>JEFFERSON B. SESSIONS, III, et al.,<br><br>    *Defendants.* | No. 3:18-cv-01106-VAB |

## NOTICE

In advance of the in-person status conference scheduled for July 18, 2018 at 11:00 a.m., Dkt. No. 55, counsel for Plaintiffs J.S.R. and V.F.B. advise the Court of the following:

1. At approximately 3:30 pm on Monday, July 16, Plaintiff J.S.R. was reunited with his father, and Plaintiff V.F.B. was reunited with her mother. The parents were granted parole and released from government custody, and the children were released on their own recognizance.

2. In light of the acute trauma that the Plaintiffs have each suffered, and on advice of consulting medical experts, undersigned counsel have refrained from engaging Plaintiffs or their parents in meaningful discussion about Plaintiffs' pending lawsuit.  Instead, counsel has taken steps to afford Plaintiffs and their parents privacy and time together following their prolonged separation.

3. Because Plaintiffs were so recently reunified with their respective parents, undersigned counsel have not yet obtained instructions from Plaintiffs regarding future steps to be taken

in the lawsuit.

4. Similarly, undersigned counsel have not yet been able to confer with their medical experts subsequent to the release and reunification of Plaintiffs and their parents.

5. Additionally, Plaintiffs' medical experts have advised that any therapy, as part of a treatment plan for the children's trauma, will depend significantly on the resources available in the geographic area where Plaintiffs reside. They have further advised that beginning therapy in one location only for the children to move and have to reestablish a new therapeutic relationship will be ineffective and may be harmful. Although Plaintiffs and their parents are currently in Connecticut, it is likely that one or both families will seek to relocate elsewhere in the United States, but undersigned counsel have not yet had the opportunity to meaningfully confer with the families on this matter.

In light of these developments, while undersigned counsel will be prepared to answer the Court's questions at the status conference tomorrow, they may be limited in their ability to speak to the future direction of the case or the elements of a treatment plan as the Court required in its Ruling and Order on Motion for a Preliminary Injunction, Dkt. No. 57. Plaintiffs therefore respectfully request the opportunity to further address these issues at a subsequent hearing with the Court. In addition, because Plaintiffs and their parents have now been reunified, Plaintiffs respectfully request that they and their parents be relieved of the requirement to appear at the courthouse at 9:00 a.m. on July 18, prior to the status conference scheduled for 11:00 a.m., as previously ordered by the Court. *Id.*

Dated: July 17, 2018

New Haven, Connecticut

Respectfully submitted,

/s/ Muneer I. Ahmad

Amit Jain, Law Graduate
Aseem Mehta, Law Student Intern*
Carolyn O'Connor, Law Student Intern*
Hannah Schoen, Law Student Intern
Muneer I. Ahmad (ct28109)
Marisol Orihuela (ct30543)
Reena Parikh†
Michael J. Wishnie (ct27221)
Yale Law School††
127 Wall Street
New Haven, CT 06511
203-432-4800
muneer.ahmad@ylsclinics.org
marisol.orihuela@ylsclinics.org
reena.parikh@ylsclinics.org
michael.wishnie@ylsclinics.org

Joanne Lewis (ct06541)
Joshua Perry†
Connecticut Legal Services, Inc.
16 Main Street
New Britain, CT 06501
860-357-9302
jlewis@connlegalservices.org
jperry@connlegalservices.org

*Counsel for Plaintiff-Petitioners*

\*Motion for law student appearance forthcoming.
†Application for admission forthcoming.
††This brief has been prepared by a program affiliated with Yale Law School, but does not purport to present the school's institutional views, if any.

3

## CERTIFICATE OF SERVICE

I hereby certify that, on July 17, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   July 17, 2018

                                                                                 Respectfully submitted,

                                                                                 /s/ Muneer I. Ahmad
                                                                                Muneer I. Ahmad
                                                                                Jerome N. Frank Legal Services Organization
                                                                                P.O. Box 209090
                                                                                New Haven, CT 06520
                                                                                P: (203) 432-4800
                                                                                F: (203) 432-1426