Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____  START TIME: _____  END TIME: _____
LUNCH RECESS   FROM: _____  TO: _____
RECESS (if more than ½ hr)   FROM: _____  TO: _____

CIVIL NO. _____

====================================

Muneer I. Ahmad; Marisol Orihuela;

_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

====================================

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____