UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| J.S.R., by and through his next friends J.S.G. and Joshua Perry, and V.F.B., by and through her next friends A.B.A. and Joshua Perry,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants-Respondents. | Case No. 3:18-cv-01106-VAB |

**PLAINTIFFS' NOTICE AND REQUEST FOR
CONTINUANCE OF STATUS CONFERENCE**

On July 18, this Court held a status conference, at which the parties addressed whether further proceedings might be necessary to determine any appropriate relief pursuant to this Court's order on Plaintiffs' motion for a preliminary injunction. Dkt. 57. At that time, Plaintiffs requested that the Court maintain the previously set hearing date of July 27 to let Plaintiffs and their counsel have time to discuss the litigation and, if necessary, engage with defendants on settlement discussions. The Court maintained the hearing date of July 27 and directed the parties to inform the Court by mid-day July 26 of whether further proceedings on relief will be necessary. Dkt. 72. Plaintiffs hereby file this notice in accordance with the Court's instruction, and respectfully request a brief continuance of the July 27 status conference.

Since July 18, the parties have engaged in settlement negotiations that, if successful, would resolve any need for further litigation in this case, but have not yet reached an agreement. As such, it is possible that further proceedings on relief will be necessary. However, to provide the parties additional time to engage in settlement discussions, Plaintiffs respectfully request that the status

conference set for July 27 be continued for approximately two weeks, to August 10, 2018. Plaintiffs' counsel is also available earlier in the week, from August 6-August 9, for a status conference. Defendants oppose this request.

Plaintiffs' anticipate that Defendants seek to have this case dismissed as moot because Defendant Office of Refugee Resettlement ("ORR") is in the process of making known to Plaintiffs' counsel what services are available in the community, on referral from ORR, that may provide treatment for the trauma suffered by Plaintiffs. Plaintiffs contend that, without knowing what specific services are actually available, they cannot agree that this case is moot and it is possible that they may seek court-ordered treatment for the trauma Defendants have inflicted on Plaintiffs in violation of Plaintiffs' due process rights. For this reason, Plaintiffs contend that, despite Defendants' opposition, a brief continuance is appropriate to preserve judicial resources. In addition, Plaintiffs do not object to a referral to the magistrate judge for mediation.

In light of potential judicial resources that would be saved if no further litigation is necessary in this case, and for the benefit of the parties, Plaintiffs request a brief continuance of the status conference set for July 27, 2018. Should the Court proceed with the hearing on July 27, 2018, Plaintiffs' understanding is that Plaintiffs and their next friends J.S.G. and A.B.A. need not appear, but, in the abundance of caution, Plaintiffs seek that the Court waive any previously-required appearance of Plaintiffs and their next friends J.S.G. and A.B.A.

Dated: July 26, 2018
New Haven, Connecticut

Respectfully submitted,

/s/ Marisol Orihuela

Aseem Mehta, Law Student Intern[*]          Joanne Lewis (ct06541)
Carolyn O'Connor, Law Student Intern[*]     Joshua Perry[†]

Hannah Schoen, Law Student Intern[*]
Muneer I. Ahmad (ct28109)
Marisol Orihuela (ct30543)
Reena Parikh[†]
Michael J. Wishnie (ct27221)
Jerome N. Frank Legal Svcs. Org.
Yale Law School[††]
127 Wall Street
New Haven, CT 06511
203-432-4800
muneer.ahmad@ylsclinics.org
marisol.orihuela@ylsclinics.org
reena.parikh@ylsclinics.org
michael.wishnie@ylsclinics.org

Connecticut Legal Services, Inc.
16 Main Street
New Britain, CT 06051
860-357-9302
jlewis@connlegalservices.org
jperry@connlegalservices.org

*Counsel for Plaintiff-Petitioners*

[*] Motion for law student appearance forthcoming.
[**] Motion for admission pending.
[†] Application for admission forthcoming.
[††] This brief has been prepared by a program affiliated with Yale Law School, but does not purport to present the school's institutional views, if any.

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 26, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   July 26, 2018

                                                      Respectfully submitted,

                                                      /s/ Marisol Orihuela
                                                      Marisol Orihuela
                                                      Jerome N. Frank Legal Services Organization
                                                      P.O. Box 209090
                                                      New Haven, CT 06520
                                                      P: (203) 432-4800
                                                      F: (203) 432-1426