UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

J.S.R., by and through his next
Friends J.S.G. and Joshua Perry, and
V.F.B., by and through her next friends
A.B.A. and Joshua Perry
          Plaintiffs

v.

JEFFERSON B. SESSIONS, III, Attorney
General of the United States, et al

:
:
:
:
:
:
:
:
:
:
:
:

C.A. No. 3:18cv1106 (VAB)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), the

parties agree and hereby notify the Court that this matter is dismissed in its entirety, each party to

bear its own costs, expenses, and fees.

Respectfully Submitted,

Plaintiffs,
By their Counsel

_____8-27-2018_____
Date

Joanne Lewis, Esq.
Connecticut Legal Services
16 Main Street
New Britain, CT 06051
jlewis@connlegalservices.org

8/27/18
_____
Date


_____
Muneer I. Ahmad (ct28109)
Michael Wishnie (ct27221)
Marisol Oriheula (ct30543)
Reena Parikh, Esq.
Aseem Mehta, Law Student Intern
Carolyn O'Connor, Law Student Intern
Hannah Schoen, Law Student Intern
Hannah Schoen, Law Student Intern
Jerome N. Frank Legal Svcs. Org.
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-4800
Muneer.ahmad@ylsclinic.org



Defendants
By their Attorneys



John H. Durham
United States Attorney


08-28-2018
_____
Date


_____
Michelle L. McConaghy, ct27157
John B. Hughes, ct05289
Assistant United States Attorneys
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov


2